UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-3749-MEMF (KS)                    Date: October 16, 2023

Title     _Wayne Romano Springfield v. Atascadero State Hospital et al._

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

|            Gay Roberson            |            N/A            |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 15, 2023, Plaintiff, a California inmate housed at Elmwood Men's Facility in Milpitas, California, and proceeding *pro se* and *in forma pauperis*, filed a Complaint pursuant to 42 U.S.C. § 1983 (the "Complaint").  (Dkt. No. 1.)  On June 2, 2023, the Court dismissed the Complaint with leave to amend, and on June 21, 2023, Plaintiff filed a First Amended Complaint ("FAC").  (Dkt. Nos. 5-6.)  On August 31, 2023, the Court issued an Order Directing Service by the U.S. Marshal on Defendants Lopez and Black.  (Dkt. No. 8.)  By separate order, the Court also directed: (1) the Clerk of Court to provide Plaintiff with two USM-285 forms and service of process instructions; (2) the U.S. Marshal to serve the summons and FAC; and (3) Plaintiff to file copies of the completed USM-285 forms he submitted to the U.S. Marshal on or before October 2, 2023.  (Dkt. No. 9.)

Two weeks have now passed since Plaintiff's October 2, 2023 deadline for filing copies of the USM-285 forms, and the Court has not received them.  Accordingly, the Court may now recommend dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before November 6, 2023**, why the Court should not recommend that this action be dismissed for failure to prosecute and comply with court orders.  If Plaintiff wishes to proceed with this action, he may discharge this Order by filing one of the following:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 23-3749-MEMF (KS)                    Date: October 16, 2023

Title      *Wayne Romano Springfield v. Atascadero State Hospital et al.*

(1) copies of the USM-285 forms that were provided to the United States Marshal Service;

(2) a request for an extension of time to submit the USM-285 forms to the Court; or

(3) a declaration signed under penalty of perjury that establishes that Plaintiff timely submitted the USM-285 to the U.S. Marshal.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a <u>signed</u> document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in a recommendation for dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

                                                          :
**Initials of Preparer**   gr