# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE ROMANO SPRINGFIELD,** | **NO. CV 23-03749 MEMF (KS)** |
| **Plaintiff,** | |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| **ATASCADERO STATE HOSPITAL, et al.,** | |
| **Defendants.** | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendant Black's Motion to Dismiss, the February 29, 2024 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Defendant Black's Motion to Dismiss is GRANTED with prejudice; and (2) Judgment shall be entered dismissing the remainder of this action without prejudice for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and under Local Rules 7-12 and 41-6.

IT IS SO ORDERED.

DATED: September 25, 2024

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE